IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 09-cv-02783-RPM

DANIEL HERNANDEZ,

    Plaintiff,

v.

CITY AND COLORADO OF DENVER,
OFFICER MICHAEL WALSH and
OFFICER LEXIDO JORGE,

    Defendants.

_____

ORDER GRANTING PERMISSION TO WITHDRAW AND SUBSTITUTION OF COUNSEL
_____

    Pursuant to the Substitution of Counsel, filed December 10, 2009 [9], Lori Beck's permission to withdraw is granted and Jill Gookin's appearance for plaintiff Daniel Hernandez is accepted.

    Dated: December 11 , 2009

                              BY THE COURT:

                              s/Richard P. Matsch

                              _____

                              Richard P. Matsch, Senior District Judge