IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Date: March 8, 2010
Courtroom Deputy: J. Chris Smith
FTR Technician: Kathy Terasaki

_____

Civil Action No. 09-cv-02783-RPM

| | |
|---|---|
| DANIEL HERNANDEZ, | Jill Gookin |
| | Kevin C. Flesch |
| Plaintiff, | |
| v. | |
| CITY AND COUNTY OF DENVER, | Jamie D. Wynn |
| OFFICER MICHAEL WALSH, in his individual and official capacity and | Marc F. Colin |
| OFFICER LEXIDO JORGE, in his individual and official capacity, | Stuart L. Shapiro |
| Defendants. | |

_____

## COURTROOM MINUTES
_____

**Hearing on Motion to Dismiss Certain Claims**

**1:59 p.m.**     **Court in session.**

Court's preliminary remarks.

2:00 p.m.     Argument by Ms. Gookin

2:06 p.m.     Argument by Ms. Wynn.

**Court's findings as stated on record.**

**ORDERED:**     Motion to Dismiss Certain Claims, filed February 1, 2010 [11], is granted with respect to defendant City and County of Denver which is dismissed. Case will proceed against the two remaining defendants in their individual capacities Under Section 1983 for a Fourth Amendment violation.

**ORDERED:**     Scheduling conference April 30, 2010 at 3:30 p.m.

**2:09 p.m.**     **Court in recess.**

Hearing concluded.  Total time: 10 min.