IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 09-cv-02783-RPM

DANIEL HERNANDEZ,

    Plaintiff,

v.

OFFICER MICHAEL WALSH, in his individual and official capacity and
OFFICER LEXIDO JORGE, in his individual and official capacity,

    Defendants.

_____

### ORDER SETTING SCHEDULING CONFERENCE
_____

    Pursuant to the hearing held today, it is

    ORDERED that a scheduling conference will be held on **April 30, 2010, at 3:30 p.m.** in the Conference Room, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado. Counsel are directed to comply with the Instructions for Preparation of Scheduling Order which may be found at **http://www.cod.uscourts.gov/judges/judges.aspx** (Senior Judge Richard P. Matsch Procedures) and use the format provided with those instructions (Rev. 1/08). The proposed order (original only) on paper, shall be submitted directly to chambers by **4:00 p.m. on April 22, 2010.**

    The conference is conducted with <u>lead counsel present in person</u>. No parties or representatives of parties will be permitted to attend.

    DATED: March 8th, 2010

                                           BY THE COURT:

                                           s/Richard P. Matsch
                                           _____
                                           Richard P. Matsch, Senior Judge