IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 09-cv-02783-RPM

DANIEL HERNANDEZ,

    Plaintiff,

v.

OFFICER MICHAEL WALSH, in his individual and official capacity and
OFFICER LEXIDO JORGE, in his individual and official capacity,

    Defendants.

_____

ORDER GRANTING STIPULATED MOTION TO AMEND SCHEDULING ORDER
_____

    Upon consideration of the Stipulated Motion to Amend Scheduling Order [22], filed on September 8, 2010, it is

    ORDERED that the motion is granted and the new deadlines are

        Expert Witness Disclosure: October 18, 2010

        Contradicting Expert Disclosure: November 15, 2010

        Rebuttal Opinions: December 16, 2010

        Discovery Cutoff: December 20, 2010

        Dispositive Motion Deadline: January 24, 2011

    DATED:    September 8th, 2010

                                        BY THE COURT:

                                        s/Richard P. Matsch

                                        _____
                                        Richard P. Matsch, Senior Judge