IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 09-cv-02783-RPM

DANIEL HERNANDEZ,

    Plaintiff,

v.

OFFICER MICHAEL WALSH, in his individual and official capacity and
OFFICER LEXIDO JORGE, in his individual and official capacity,

    Defendants.

_____

ORDER GRANTING UNOPPOSED MOTION TO MODIFY SCHEDULING ORDER
_____

Upon consideration of the Unopposed Motion to Modify Scheduling Order [27], filed on December 15, 2010, it is

ORDERED that the motion is granted and the new deadlines are

    Discovery Cutoff: February 18, 2011

    Dispositive Motion Deadline: March 25, 2011

DATED: December 16th, 2010

BY THE COURT:

s/Richard P. Matsch
_____
Richard P. Matsch, Senior Judge