**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Senior District Judge Richard P. Matsch**

Date:                          July 26, 2011
Courtroom Deputy:     J. Chris Smith
FTR Technician:          Ellen Miller
_____

Civil Action No. 09-cv-02783-RPM

DANIEL HERNANDEZ,                                          Kevin C. Flesch

        Plaintiff,

v.

OFFICER MICHAEL WALSH and                          Stuart L. Shapiro
OFFICER LEXIDO JORGE,                                    Mark F. Colin

        Defendants.
_____


**COURTROOM MINUTES**
_____


**Hearing on Pending Motions**

**1:59 p.m.          Court in session.**

Court's preliminary remarks and states its understanding of the case facts.

Mr. Flesch answers questions asked by the Court.
Mr. Flesch states this case is a Fourth Amendment Excessive Force case and there is no probable cause to investigate issue.

2:09 p.m.          Argument by Mr. Shapiro.

**ORDERED:     Defendants' Motion for Summary Judgment, filed 3/25/2011 [30], is denied.**

2:13 p.m.          Argument by Mr. Flesch [32].
2:16 p.m.          Argument by Mr. Colin.

**ORDERED:     Defendants' Motion to Exclude Testimony of Plaintiff's Proffered Expert Dr. Perry Haney, M.D., P.C., filed 3/25/2011 [32], is granted with respect to expert testimony but denied with respect to testifying as a fact witness.**

**ORDERED:     Pretrial conference scheduled October 14, 2011 at 2:00 p.m.**

**2:19 p..m.          Court in recess.**          Hearing concluded.  Total time: 20  min.