IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 09-cv-02783-RPM

DANIEL HERNANDEZ,

     Plaintiff,

v.

OFFICER MICHAEL WALSH, in his individual and official capacity and
OFFICER LEXIDO JORGE, in his individual and official capacity,

     Defendants.

_____

## ORDER FOR DISMISSAL
_____

Pursuant to the Stipulated Motion for Dismissal with Prejudice of this Action [52], it is

ORDERED that this action is dismissed with prejudice, each party to pay their own costs and attorneys fees.

DATED:   November 21st, 2011

                                              BY THE COURT:

                                              s/Richard P. Matsch
                                              _____
                                              Richard P. Matsch, Senior District Judge